**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NICHOLAS SERVICES, LLC, et al.** **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 3:25-cv-31-DMB-RP**

**U.S. DEPARTMENT OF LABOR, et al.** **DEFENDANTS**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants[1] U.S. Department of Labor ("DOL"); Acting U.S. Secretary of Labor Keith E. Sonderling; Administrative Law Judge ("ALJ") Scott Morris; and ALJ Jerry DeMaio (collectively, "Defendants") move for summary judgment against Plaintiffs Nicholas Services, LLC and Corr Flight S., Inc. (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 56.

1. Underlying this district court matter are administrative proceedings brought by two of Plaintiffs' former pilots who seek the whistleblower protections of the Wendell H. Ford Aviation Investment and Reform Act for the 21st Century ("AIR21").

2. At issue is whether Defendants should be permanently enjoined from continuing the employees' pending administrative proceedings because the dual layer of statutory restrictions that limit the removal of DOL ALJs from their positions violate Article II of the Constitution. Plaintiffs' request for preliminary injunctive relief was granted by this Court on March 31, 2026.

3. The Court should grant summary judgment in Defendants' favor because of Plaintiffs' inability to meet their burden for a permanent injunction. Plaintiffs can neither show compensable harm nor show that the Administrative Procedure Act, 5 U.S.C. § 7521(a), is

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting U.S. Secretary Keith E. Sonderling and ALJ Jerry DeMaio were automatically substituted for former U.S. Secretary of Labor Lori Chavez-DeRemer and former ALJ Paul Johnson.

inseverable.

For the reasons stated here and detailed in their Memorandum Brief in Support of this Motion, Defendants request the Court to grant their Motion for Summary Judgment, to lift the preliminary injunction, and to allow the continuation of the pilots' AIR21 whistleblower administrative proceedings.

Scott F. Leary
United States Attorney

By: Stuart S. Davis (MS BAR # 103224)
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
E-Mail: stuart.davis@usdoj.gov
*Attorney for Defendants*